**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

John F. Lomax, Jr. (AZ Bar No.: 020224)
lomaxj@gtlaw.com
Juliet S. Burgess (AZ Bar No. 023475)
burgessj@gtlaw.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Theodore Quinlan, an unmarried man, | Case No. |
| Plaintiff, | **INDEX OF EXHIBITS TO NOTICE OF REMOVAL** |
| v. | |
| Paradise Valley United Methodist Church, | |
| Defendant. | |

EXHIBIT A   Complaint and all other pleadings filed in the state court action (CV2010-052975);

EXHIBIT B   Notice of Filing Notice of Removal, filed with Superior Court of Arizona, Maricopa County in case no. CV2010-052975)

# EXHIBIT A

**In the Superior Court of the State of Arizona**
**In and For the County of Maricopa**

Case Number _____ CV 2 0 1 0 - 0 5 2 9 7 5

## CIVIL COVER SHEET- NEW FILING ONLY
(Please Type or Print)

Plaintiff's Attorney **Michelle R. Matheson**

Attorney's Bar Number #019568

Is Interpreter Needed? ☐ Yes  ☒ No
If yes, language type:
Attorney/Pro Per Signature _Michelle Matheson_
To the best of my knowledge, all information is true and correct.

Plaintiff's Name(s):  (List all)
**Theodore Quinlan**

_____

_____

(List additional plaintiffs on page two and/or attach a separate sheet.)

Plaintiff's Address:
**c/o Matheson & Matheson, P.L.C.**

**14358 N. Frank Lloyd Wright Blvd., #11**

**Scottsdale, AZ  85260**

Defendant's Name(s):  (List all)
**Paradise Valley United Methodist Church**

(List additional defendants on page two and/or attach a separate sheet).

EMERGENCY ORDER SOUGHT:   ☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC
☐ Election Challenge   ☐ Employer Sanction   ☐ Other _____

☒ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**.)

☐ RULE 8(i) COMPLEX LITIGATION APPLIES.  Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category.)

### NATURE OF ACTION
(Place an "**X**" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation

☐ 116 Other (Specify) _____
**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D.   ☐ 123 Hospital
☐ 122 Physician D.O   ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (Breach of Contract)
☐ 135 Real Property Excess Proceeds
☐ Construction Defects (Residential/Commercial)
  ☐ 136 Six to Nineteen Structures
  ☐ 137 Twenty or More Structures

January 1, 2009

1

## 150-199 OTHER CIVIL CASE TYPES:
- [ ] 156 Eminent Domain/Condemnation
- [ ] 151 Forcible Detainer
- [ ] 152 Change of Name
- [ ] 153 Transcript of Judgment
- [ ] 154 Foreign Judgment
- [ ] 158 Quiet Title
- [ ] 160 Forfeiture
- [ ] 175 Election Challenge
- [ ] 179 Employer Sanction Action (A.R.S. §23-2 12)
- [ ] 180 Injunction against Workplace Harassment
- [ ] 181 Injunction against Harassment
- [ ] 182 Civil Penalty
- [ ] 186 Water Rights (Not General Stream Adjudication)
- [ ] Sexually Violent Persons (A.R.S. §36-3704)
      (Except Maricopa County)
- [ ] Minor Abortion (See Juvenile in Maricopa County)
- [ ] Special Action Against Lower Courts
      (See lower court appeal cover sheet in Maricopa)

## 150-199 UNCLASSIFIED CIVIL CASE TYPES:
- [ ] Administrative Review
      (See lower court appeal cover sheet in Maricopa)
- [ ] 150 Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)

- [ ] 155 Declaratory Judgment
- [ ] 157 Habeas Corpus
- [ ] 184 Landlord Tenant Dispute – Other
- [ ] 159 Restoration of Civil Rights (Federal)
- [ ] 159 Clearance of Records (A.R.S. §13-4051)
- [ ] 190 Declaration of Factual Innocence(A.R.S. § 12-771)
- [ ] 191 Declaration of Factual Improper Party Status
- [ ] 193 Vulnerable Adult (A.R.S. §46-451)
- [ ] 165 Tribal Judgment
- [ ] 167 Structured Settlement (A.R.S. §12-2901)
- [ ] 169 Attorney Conservatorships (State Bar)
- [ ] 170 Unauthorized Practice of Law (State Bar)
- [ ] 171 Out-of-State Deposition for Foreign Jurisdiction
- [ ] 172 Secure Attendance of Prisoner
- [ ] 173 Assurance of Discontinuance
- [ ] 174 In-State Deposition for Foreign Jurisdiction
- [ ] 176 Eminent Domain–Light Rail Only
- [ ] 177 Interpleader– Automobile Only
- [ ] 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- [ ] 183 Employment Dispute - Discrimination
- [ ] 185 Employment Dispute – Other
- [x] 163 Other _Fair Labor Standards Act_
      (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

- [ ] Antitrust/Trade Regulation
- [ ] Construction Defect with many parties or structures
- [ ] Mass Tort
- [ ] Securities Litigation with many parties
- [ ] Environmental Toxic Tort with many parties
- [ ] Class Action Claims
- [ ] Insurance Coverage Claims arising from the above-listed case types

Additional Plaintiff(s)

_____

_____

Additional Defendant(s)

_____

_____

1   Michelle R. Matheson #019568
    MATHESON & MATHESON, P.L.C.
    14358 N. Frank Lloyd Wright Blvd.
2   Suite 11
    Scottsdale, Arizona 85260
3   (480) 889-8951
    mmatheson@mathesonlegal.com
4
    Attorney for Plaintiff
5

6                    IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7                        IN AND FOR THE COUNTY OF MARICOPA

8                                                        CV2010-052975

9   THEODORE QUINLAN, an unmarried          )   Case No.:
    man,                                    )
10                                          )
                                            )       S U M M O N S
         Plaintiff,                         )   If you would like legal advice from a lawyer,
11                                          )     contact the Lawyer Referral Service at
                                            )
12  v.                                      )            602-257-4434
                                            )                or
13  PARADISE VALLEY UNITED                  )       www.lawyerfinders.org.
    METHODIST CHURCH,                       )           Sponsored by the
14                                          )     Maricopa County Bar Association
         Defendant.                         )
15

16
    THE STATE OF ARIZONA TO THE DEFENDANT:
17
         PARADISE VALLEY UNITED METHODIST CHURCH
18
                      C/O JOHN F. LOMAX, JR.
19                    GREENBERG TRAURIG, LLP
                      2375 EAST CAMELBACK ROAD
20                         SUITE 700
                      PHOENIX, ARIZONA  85016
21

22       YOU ARE HEREBY SUMMONED and required to appear and defend, within the
    time applicable, in this action in this Court. If served within Arizona, you shall appear
23  and defend within 20 days after the service of the Summons and Complaint upon you,
    exclusive of the day of service. If served out of the State of Arizona – whether by direct
24  service, by registered or certified mail, or by publication – you shall appear and defend
    within 30 days after the service of the Summons and Complaint upon you is complete,
25

                                        -1-

exclusive of the day of service.  Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until the expiration of 40 days after date of such service upon the Director.  Served by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court.  Service by publication is complete 30 days after the date of first publication.  Direct service is complete when made.  Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return.  **RCP 4; A.R.S. §§ 20-222, 28-502, 28-503.**

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney.  **RCP 10(d); A.R.S. § 12-311; RCP 5.**

REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST THREE (3) JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.  **Maricopa County Local Rule 2.6, effective October 1, 1994.**

The name and address of Plaintiffs' attorney is:

**Michelle R. Matheson, Esq.**
**Matheson & Matheson, P.L.C.**
**14358 N. Frank Lloyd Wright Blvd., Suite 11**
**Scottsdale, Arizona 85260**
**(480) 889-8951**

GIVEN UNDER MY HAND this date: _____ **JUL 2 3 2010**

MICHAEL JEANES, Clerk of the Superior Court

_____
Deputy Clerk

-2-

**COPY**



JUL 2 3 2010

MICHAEL K. JEANES, CLERK
W. POWLEY
DEPUTY CLERK

1   Michelle R. Matheson  #019568
    MATHESON & MATHESON, P.L.C.
2   14358 N. Frank Lloyd Wright Blvd.
    Suite 11
3   Scottsdale, Arizona 85260
    (480) 889-8951
4   mmatheson@mathesonlegal.com
    Attorney for Plaintiff
5

6           SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

7

8   THEODORE QUINLAN, an unmarried   )   Case No.:
    man,                             )       CV2010-052975
9                                    )
            Plaintiff,               )
10                                   )       **COMPLAINT**
    v.                               )   **(Jury Trial Requested)**
11                                   )
    PARADISE VALLEY UNITED           )
12  METHODIST CHURCH,                )
                                     )
13          Defendant.               )
14                                   )

15          Plaintiff, in support of his Complaint for unpaid overtime wages pursuant to the

16  Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (hereinafter "FLSA") alleges as follows:

17          1.      Plaintiff Theodore ("Ted") Quinlan is currently and at all times relevant to

18  this action a resident of Maricopa County, Arizona.  Within the three year period prior to

19  April 29, 2010 (the "Claim Period") Quinlan was employed as a full-time facilities

20  maintenance employee for Defendant.  At all times relevant to this action, Quinlan was a

21

22  covered "employee" and Defendant was Plaintiff's "employer" as those terms are defined

23  by the FLSA.  A copy of Plaintiff's written consent to proceed as Plaintiff in this action is

24  attached to this Complaint as Exhibit 1.

25

                                    -1-

2.      Defendant is located in Maricopa County and registered to do business in the State of Arizona.  At all times during the Claim Period Defendant was a covered "Enterprise engaged in commerce or in the production of goods for commerce" as that term is defined by the FLSA.

3.      This Court has jurisdiction and venue over the subject matter and the parties hereto pursuant to A.R.S. §12-123 and 12-401.

4.      On multiple times during his employment for Defendant, Plaintiff worked in excess of 40 hours per week.

5.      Plaintiff was paid a base salary for his services, but was not appropriately compensated in full for time worked in excess of 40 hours per week in violation of the FLSA.

6.      Defendant knew that it was subject to the requirements of the FLSA.

7.      Defendant knew or should have known that the duties performed by Plaintiff were non-exempt duties under the FLSA.

8.      Defendant nonetheless classified Plaintiff as "exempt" in an effort to avoid additional overtime compensation due to him under the FLSA.

**COUNT ONE**

**(Failure to Properly Pay Overtime Wages in Violation of the FLSA)**

9.      Plaintiff incorporates by reference the allegations above.

10.     During the Claim Period, Plaintiff was a nonexempt employee under the FLSA.

11.    During the Claim Period Defendant failed to comply with Title 29 U.S.C. §§ 201-219 in that Plaintiff often worked in excess of 40 hours per week, but was not paid for those excess hours at the compensation rate required by the FLSA.

12.    Defendant's failure to pay overtime to Plaintiff was willful. Defendant did not act in good faith in failing to pay appropriate overtime compensation due.

13.    Plaintiff has suffered economic damages as a result of Defendant's unlawful compensation practice and is entitled to statutory remedies provided pursuant to the FLSA, including but not limited to, unpaid overtime compensation, liquidated damages, pre and post judgment interest, attorneys' fees and costs.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial of his claims by jury to the extent authorized by law.

## REQUESTED RELIEF

WHEREFORE, Plaintiff requests:

A.    For the Court to declare and find that the Defendant committed one or more of the following acts:

      i.    violated overtime provisions of the FLSA; and

      ii.    willfully violated overtime provisions of the FLSA;

B.    For the Court to award damages, including liquidated damages pursuant to 29 U.S.C. § 216(b);

C.    For the Court to award Plaintiff his reasonable attorneys' fees and costs;

D.    For the Court to award pre-judgment interest on all compensation due,

accruing from the date such amounts were due, and post-judgment interest; and

E.      For the Court to award such other monetary, injunctive, equitable and declaratory relief as the Court deems just and proper.

Dated this 23rd day of July, 2010.

Michelle R. Matheson  #019568
MATHESON & MATHESON, P.L.C.
14358 N. Frank Lloyd Wright Blvd.
Suite 11
Scottsdale, Arizona 85260
(480) 889-8951
Attorney for Plaintiff

ORIGINAL of the foregoing filed this
23rd day of July, 2010, with Clerk of the Court

-4-

RECEIVED   07/23/2010 05:45
6029937419

1   Michelle R. Matheson  #019568
    MATHESON & MATHESON, P.L.C.
2   14358 N. Frank Lloyd Wright Blvd.
    Suite 11
3   Scottsdale, Arizona 85260
    (480) 889-8951
4   mmatheson@mathesonlegal.com
    Attorney for Plaintiff
5

6                  SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

7

8   THEODORE QUINLAN, an unmarried          )   Case No.:
    man,                                     )
9                                            )
                   Plaintiff,                )   **CONSENT TO BECOME A PARTY
10                                           )   PLAINTIFF**
                                             )
11  v.                                       )
                                             )
12  PARADISE VALLEY UNITED                   )
    METHODIST CHURCH,                        )
13                                           )
                   Defendant.                )
14                                           )

15          Comes now, Theodore Quinlan, pursuant to 29 U.S.C. § 216(b) and files this

16  consent to become a party plaintiff in the above-styled lawsuit.

17          I hereby consent to be a party plaintiff in this lawsuit and specifically authorize

18  counsel of record to represent me in the above referenced action.

19

20                                           _____
21                                           THEODORE QUINLAN
22

23                                           7-23-10
24                                           _____
                                             Date
25                                           _____

                                   -1-

1   Michelle R. Matheson  #019568
    MATHESON & MATHESON, P.L.C.
2   14358 N. Frank Lloyd Wright Blvd.
    Suite 11
3   Scottsdale, Arizona 85260
    (480) 889-8951
4   mmatheson@mathesonlegal.com
    Attorney for Plaintiff
5

**COPY**

JUL 2 3 2010

MICHAEL K. JEANES, CLERK
W. POWLEY
DEPUTY CLERK

6            SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

7

8   THEODORE QUINLAN, an unmarried      )   Case No.:
    man,                                )
9                                       )   CV2010-052975
            Plaintiff,                  )
10                                      )   **CERTIFICATE REGARDING**
                                        )   **COMPULSORY ARBITRATION**
    v.                                  )
11                                      )
                                        )
12  PARADISE VALLEY UNITED              )
    METHODIST CHURCH,                   )
13                                      )
            Defendant.                  )
14                                      )

15

16          The undersigned certifies that they know the dollar limits and any other limitations

17  set forth by the local rules of practice for the applicable superior court, and further

18  certifies that this case is not within the jurisdictional limit for compulsory arbitration and

19  is not subject to compulsory arbitration, as provided by Rules 72 through 76 of the

20

21  Arizona Rules of Civil Procedure.

22  / / /

23  / / /

24  / / /

25

                                      -1-

DATED this 22 nd day of July, 2010.

M.R. Matheson

Michelle R. Matheson  #019568
MATHESON & MATHESON, P.L.C.
14358 N. Frank Lloyd Wright Blvd.
Suite 11
Scottsdale, Arizona 85260
(480) 889-8951
Attorney for Plaintiff

ORIGINAL of the foregoing filed
this 3rd day of July, 2010, and COPY to:

Arbitration Department
Maricopa County Superior Court

_____

-2-