IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theodore Quinlan,<br><br>    Plaintiff,<br><br>vs.<br><br>Paradise Valley United Methodist Church,<br><br>    Defendant. | No. CV-10-01826-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the parties Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice (Doc. 7) filed on October 6, 2010, and good cause appearing,

IT IS ORDERED granting the parties Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice (Doc. 7)

IT IS FURTHER ORDERED dismissing this matter with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 7th day of October, 2010.

_____
Neil V. Wake
United States District Judge